UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STANDARD INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. 3:22-cv-00519-WHO<br><br>**ORDER DENYING MOTION TO PROCEED UNDER A PSEUDONYM**<br><br>Re: Dkt. No. 3 |

The plaintiff in this ERISA suit seeks to proceed under a pseudonym. "In this circuit, we allow parties to use pseudonyms in the unusual case when nondisclosure of the party's identity is necessary to protect a person from harassment, injury, ridicule or personal embarrassment." *Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1067–68 (9th Cir. 2000). To test whether use of a fictious name is appropriate, courts ask whether "the party's need for anonymity outweighs prejudice to the opposing party and the public's interest in knowing the party's identity." *Id.* at 1068. Here, the plaintiff argues that she wishes to preserve her anonymity because the suit concerns "highly confidential medical information" including "psychiatric health problems." Dkt. No. 3 at 1. This is not a sufficiently specific or compelling reason to justify anonymity and is the case for most similar suits litigated with true names. The motion is denied. Of course, the plaintiff may seek to seal specific health information that would qualify under Civil L.R. 79-5(d) and my Standing Order on Administrative Motions To File Under Seal.

**IT IS SO ORDERED.**

Dated: June 6, 2022

William H. Orrick
United States District Judge